# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN H. FIELDS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-4218** |
| **CITY OF ABITA SPRINGS, ET AL.** | **SECTION: "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Stephen H. Fields, which is hereby **OVERRULED**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** to their being asserted again until the *Heck* conditions are met.

New Orleans, Louisiana, this 4th day of February, 2009.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**